IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY J. WILLIBY,

    Plaintiff,                      No. CIV S-04-2560 DFL JFM P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 26, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 26, 2005 ex parte request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: October 12, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf;will2560.36