IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY J. WILLIBY,

     Plaintiff,                    No. CIV S-04-2560 DFL JFM P

    vs.

JEANNE S. WOODFORD, et al.,

     Defendants.           ORDER

_____/

       Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of August 26, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 14, 2005 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: November 17, 2005.

UNITED STATES MAGISTRATE JUDGE

12;will2560.36a