UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARRY J. WILLIBY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>　　　　　　　Defendants. | No. 2:04-CV-2560 RRB JFM P<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME, AND TO VACATE SCHEDULING ORDER DATES** |
|---|---|

**ORDER**

Good cause having been shown, IT IS ORDERED THAT:

1. Defendants' responses to discovery requests received from Plaintiff on June 11, 2007, shall be due on or before November 5, 2007;

2. Dispositive motions shall be due on or before January 7, 2008; and

3. The remaining scheduling order dates shall be vacated until further order of the Court.

DATED: October 9, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/will2560.rev

1

Order RE Defendants' Request for an Extension of Time and to Vacate Scheduling Order Dates