IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY J. WILLIBY,** | 2:04-cv-2560 RRB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE S. WOODFORD, et al.,** | |
| Defendants. | |

By order filed October 10, 2007, this court set a deadline of January 7, 2008 for the filing of dispositive motions. On January 7, 2008, defendants filed a request for an extension of time until January 22, 2008 to file a dispositive motion. On January 8, 2008, defendants filed a motion for summary judgment.

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' January 7, 2008 request for extension of time is granted; and

2. Defendants' January 8, 2008 motion for summary judgment is deemed timely filed.

DATED: January 9, 2008.

UNITED STATES MAGISTRATE JUDGE

/will2560.ext

Order

1